# COURT MINUTES/ORDER

## United States Magistrate Judge Patrick M. Hunt

Date: 12/16/19     Time: 11:00 a.m.

Defendant: Eloude Clerone     J#: _____     Case #: 19-6609-Hunt

AUSA: William Shockley     Attorney: _____

Violation: Conspiracy to Commit Wire Fraud

Proceeding: Initial Appearance / Removal     CJA Appt: _____

Bond/PTD Held: ◯ Yes  ◯ No     Recommended Bond: PTD

Bond Set at: _____     Co-signed by: _____

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services _____ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: SDFL
- ☐ Other: Appear to all hearings and commit no new crimes

Language: English

Disposition: All parties present. F.P.D. appointed - Ian Smith in court. Deft signed Waiver of removal. Court signed commitment to another District

NEXT COURT APPEARANCE   Date: _____   Time: _____   Judge: _____   Place: _____

Report RE Counsel: _____

PTD/Bond Hearing: _____

Prelim/Arraign or Removal: _____

Status Conference RE: _____

Check if Applicable: ☐  The motion to continue to permit the defendant to hire counsel is GRANTED. The time from today through the rescheduled date is excluded from the deadline for trial as computed under the Speedy Trial Act, since the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in speedy trial.

D.A.R. 11:37:58     Time in Court: 15 mins